**AFFIRM; and Opinion Filed June 18, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00955-CR
No. 05-13-00956-CR

**MIGUEL ARNOLDO PERALTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F06-15900-H, F13-12202-H**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Miguel Arnoldo Peralta was convicted of felony assault resulting in bodily injury and involving family violence and burglary of a habitation. *See* TEX. PENAL CODE ANN. §§ 22.01(a), 30.02(a) (West 2011); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2013). The trial court assessed punishment, following the revocation of appellant's community supervision, at ten years' imprisonment on the assault case. The trial court assessed punishment at twelve years' imprisonment on the burglary case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the records and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the records that might arguably support the appeals.

We affirm the trial court's judgments.

/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130955F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MIGUEL ARNOLDO PERALTA, Appellant

No. 05-13-00955-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 1 of Dallas County, Texas (Tr.Ct.No. F06-15900-H).
Opinion delivered by Justice Lewis, Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered June 18, 2014.

/David Lewis/

DAVID LEWIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MIGUEL ARNOLDO PERALTA,
Appellant

No. 05-13-00956-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F13-12202-H).
Opinion delivered by Justice Lewis,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered June 18, 2014.

/David Lewis/

DAVID LEWIS
JUSTICE